%AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of CALIFORNIA

WILLIAM A. HOGUE, by and through his
Guardian Ad Litem CASSI DePAOLI

V.

CITY OF HOLTVILLE, A Public
Entity; OFFICER BARRY FORNEY,
an Individual; OFFICER THOMAS
IP, an Individual; BLOSSOM
VALLEY INN, business form
unknown, TINA TOTEN, an Individual
NURSE DOE #21, an Individual;
and DOES 1 through 100, Inclusive

SUMMONS IN A CIVIL ACTION

CASE NUMBER: '07 CV 2229 WQH (WMC)



NOV 27 2007

TO: (Name and address of Defendant)

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT A. ESPINOSA, CA Bar No. 56961
LAW OFFICES OF ROBERT A. ESPINOSA, A.P.C.
1041 State Street
El Centro, CA 92243

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. Samuel Hamrick, Jr.                                              NOV 27 2007

CLERK                                                               DATE


P. DELA CRUZ

(By) DEPUTY CLERK