John P. McCormick, Esq., SBN 38064
Konrad M. Rasmussen, Esq., SBN 157030
McCORMICK & MITCHELL
8885 Rio San Diego Drive, Suite 212
San Diego, CA 92108
Tel: (619) 235-8444
Fax: (619) 294-8447

Attorneys for Defendants CITY OF HOLTVILLE, OFFICER BARRY FORNEY and OFFICER THOMAS IP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. HOGUE, by and through his Guardian ad Litem CASSI DePAOLI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HOLTVILLE, a Public Entity; OFFICER BARRY FORNEY, an Individual; OFFICER THOMAS IP, an Individual; BLOSSOM VALLEY INN, business form unknown; TINA TOTEN, an Individual; NURSE DOE #21, an Individual; and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO: 07 CV 2229 WQH (WMC)<br><br>**JOINT MOTION TO ALLOW DEFENDANTS ADDITIONAL TIME TO ANSWER OR OTHERWISE PLEAD** |

The parties hereto through their respective attorneys of record hereby jointly move this court for the issuance of an order allowing defendants to and including January 7, 2008 to answer or otherwise respond to plaintiff's complaint.

///
///
///
///

-1-
*JOINT MOTION TO ALLOW DEFENDANTS ADDITIONAL TIME TO ANSWER OR OTHERWISE PLEAD*

03 CV 2229 WQH (WMC)

1 | A proposed hereon is submitted to the court pursuant to Court
2 | Rule.

LAW OFFICES OF ROBERT ESPINOSA

DATED: 12-21-07          By: /s/ Robert A. Espinosa
                              Robert A. Espinosa
                              Attorneys for Plaintiff


McCORMICK & MITCHELL

DATED: 12/26/07          By: /s/ John P. McCormick
                              John P. McCormick
                              Konrad M. Rasmussen
                              Attorneys for Defendants

-2-
JOINT MOTION TO ALLOW DEFENDANTS ADDITIONAL TIME TO ANSWER OR OTHERWISE PLEAD

03 CV 2229 WQH (WMC)