**Hogue v. City of Holtville, et al.**
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
CASE NO: 07 CV 2229 WQH (WMC)

**PROOF OF SERVICE**

I, Lucia Ruffin, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California, where the service occurs; and my business address is 8885 Rio San Diego Drive, Suite 212, San Diego, California 92108.

On December 26, 2007, I served the following document(s):

**JOINT MOTION TO ALLOW DEFENDANTS ADDITIONAL TIME TO ANSWER OR OTHERWISE PLEAD**

ON:

**ATTORNEY FOR PLAINTIFF**
Robert Espinosa
L/O of Robert A Espinosa, APC
1041 State Street
El Centro, CA 92243
Tel: (760) 353-1410
Fax: (760) 353-1457

Service was effectuated electronically.

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 26, 2007 at San Diego, California.

_____
Lucia Ruffin