**GIOVANNIELLO & MICHELS, LLP**
Alexander F. Giovanniello (CSB# 125562)
1470 South Valley Vista Drive, Suite 200
Diamond Bar, California, 91765
Ph: (909) 396-1964
Fax (909) 396-0885

Attorneys for DEFENDANT
RENESTER VILLA, LLC dba THE VALLEY INN
n/k/a BLOSSOM VALLEY INN (erroneously sued and
served as Blossom Valley Inn)

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. HOGUE, by and through his Guardian Ad Litem CASSI DePAOLI;<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HOLTVILLE, A Public Entity; OFFICER BARRY FORNEY, an Individual; OFFICER THOMAS IP, an Individual; BLOSSOM VALLEY INN, business form unknown, TINA TOTEN, an Individual; NURSE DOE #21, an Individual; and DOES 1-100, Inclusive,<br><br>Defendants. | Case No.: 07 CV 2229 WQH (WMC)<br><br>DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES<br><br>FRCP 12(b)(6)<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Date: February 4, 2008<br>Time: 11:00 a.m.<br>Courtroom: 4 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on February 4, 2007, at 11:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 4, of the above-entitled

---
i
MOTION TO DISMISS
(07 CV 2229)

court located at 940 Front Street, San Diego, California 95113, Defendant RENESTER VILLA, LLC dba THE VALLEY INN n/k/a BLOSSOM VALLEY INN (erroneously sued and served as Blossom Valley Inn) (hereinafter "Defendants") will move this Court for an order to dismiss portions of Plaintiff's Complaint (the Complaint) pursuant to FRCP 12(b)(6).

This Motion will be based on the grounds that Plaintiff's Complaint, specifically, (1) the Fifth Cause of Action for Breach of Written Contract; (2) the Sixth Cause of Action for Breach of Implied Covenant of Good Faith and Fair Dealing; (3) the Eighth Cause of Action for General Negligence; (4) the Ninth Cause of Action for Elder Neglect and Abuse; (5) the Tenth Cause of Action for Fraudulent Misrepresentation; and (6) and the Eleventh Cause of Action for Negligent Misrepresentation, fails to state a claim upon which relief can be granted.

This motion is based upon this Notice, the Memorandum of Points and Authorities on file herein, all documents and evidence on file herein, and upon such other oral and documentary evidence as may be presented at the hearing of this matter.

///
///
///

ii
MOTION TO DISMISS
(07 CV 2229)

1 | Date:  December 27, 2007                    **GIOVANNIELLO & MICHELS, LLP**

                                By:   /s/ Alexander F. Giovanniello
                                      Alexander F. Giovanniello
                                      Attorneys for DEFENDANT,
                                      RENESTER VILLA, LLC dba THE
                                      VALLEY INN n/k/a BLOSSOM VALLEY
                                      INN (erroneously sued and served as
                                      Blossom Valley Inn)