# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 1470 S. Valley Vista Drive, Suite 200, Diamond Bar, California 91765.

On **December 27, 2007**, I served the foregoing document(s) described as **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT; FRCP 12(b)(6); NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**, by placing the true copies thereof enclosed in sealed envelopes address as follows:

> Robert A. Espinosa, Esq.
> LAW OFFICES OF ROBERT A. ESPINOSA
> 1041 State Street
> El Centro, CA 92243
> Telephone: (760) 353-1410
> Facsimile: (760) 353-1457
> *Attorneys for Plaintiffs*

(XX) BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles California in the ordinary course of business.

( ) BY PERSONAL SERVICE: I caused such envelope to be delivered by hand by DDS Attorney Service to a representative of the office of the above addressee.

( ) BY FEDERAL EXPRESS: I caused said envelope(s) to be sent by Federal Express to the above addresses.

( ) BY TELECOPIER: I caused said document(s) to be transmitted by Telecopier to Facsimile Number (323) 291-1253.

Executed on **December 27, 2007**, at Diamond Bar, California.

(XX) FEDERAL    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Eva Moreno-Cerda

18

MOTION TO DISMISS

(07 CV 2229)