John P. McCormick, Esq., SBN 38064
Konrad M. Rasmussen, Esq., SBN 157030
McCORMICK & MITCHELL
8885 Rio San Diego Drive, Suite 212
San Diego, CA 92108
Tel: (619) 235-8444
Fax: (619) 294-8447

Attorneys for Defendants CITY OF HOLTVILLE, OFFICER BARRY FORNEY and OFFICER THOMAS IP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. HOGUE, by and through his Guardian ad Litem CASSI DePAOLI, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF HOLTVILLE, a Public Entity; OFFICER BARRY FORNEY, an Individual; OFFICER THOMAS IP, an Individual; BLOSSOM VALLEY INN, business form unknown; TINA TOTEN, an Individual; NURSE DOE #21, an Individual; and DOES 1 through 100, Inclusive, <br><br> Defendants. | CASE NO: 07 CV 2229 WQH (WMC) <br><br> **ANSWER TO COMPLAINT** |

Defendant CITY OF HOLTVILLE, OFFICER BARRY FORNEY and OFFICER THOMAS IP respond to plaintiff's unverified complaint for damages as follows:

### GENERAL ALLEGATIONS

1. Defendants admit the allegations contained in paragraph 1 of the complaint.

2. Defendants admit the allegations contained in paragraph 2 of the complaint.

3. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 3 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 3 of the complaint.

4. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 4 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 4 of the complaint.

5. Defendants admit the allegations contained in paragraph 5 of the complaint.

6. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 6 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 6 of the complaint.

7. Defendants generally and specifically deny the allegations contained in paragraph 7 of the complaint.

8. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 8 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 8 of the complaint.

9. Defendants generally and specifically deny the allegations contained in paragraph 9 of the complaint.

10. Defendants generally and specifically deny the allegations contained in paragraph 10 of the complaint.

11. Defendants generally and specifically deny the allegations contained in paragraph 11 of the complaint.

12. Defendants generally and specifically deny the

allegations contained in paragraph 12 of the complaint.

**FACTUAL ALLEGATIONS**

13. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 13 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 13 of the complaint.

14. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 14 of the complaint and on that basis generally and specifically deny each and every allegation contained in paragraph 14 of the complaint

15. Defendants generally and specifically deny the allegations contained in paragraph 15 of the complaint.

16. These answering defendants admit on information and belief that Officer Forney heard a popping noise and that these answering defendants appropriately summoned medical care as reasonably required. All allegations not expressly admitted are denied.

17. Defendants generally and specifically deny the allegations contained in paragraph 17 of the complaint.

18. Defendants generally and specifically deny the allegations contained in paragraph 18 of the complaint.

19. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 19 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 19 of the complaint.

20. Defendants generally and specifically deny the allegations contained in paragraph 20 of the complaint.

///

## FIRST CAUSE OF ACTION
### 42 U.S.C. §1983 Constitutional Violations:
### Unreasonable Search and Seizure and Excessive Force
### As Against Defendants CITY OF HOLTVILLE, [OFFICER DOE] FORNEY, [OFFICER DOE] IP, AND DOES 1 through 50

21. Defendants incorporate by reference their responses to the allegations contained in paragraphs 1 through 20 above, as though fully set forth herein.

22. Defendants generally and specifically deny the allegations contained in paragraph 22 of the complaint.

23. Defendants generally and specifically deny the allegations contained in paragraph 23 of the complaint.

24. Defendants generally and specifically deny the allegations contained in paragraph 24 of the complaint.

25. Defendants generally and specifically deny the allegations contained in paragraph 25 of the complaint.

26. Defendants generally and specifically deny the allegations contained in paragraph 26 of the complaint.

27. Defendants generally and specifically deny the allegations contained in paragraph 27 of the complaint.

28. Defendants generally and specifically deny the allegations contained in paragraph 28 of the complaint.

29. Defendants generally and specifically deny the allegations contained in paragraph 29 of the complaint.

30. Defendants generally and specifically deny the allegations contained in paragraph 30 of the complaint.

///
///
///
///

**SECOND CAUSE OF ACTION**
**42 U.S.C. §1983 Constitutional Violations:**
**Unlawful Policies, Customs or Habits**
**As Against Defendants CITY OF HOLTVILLE,**
**OFFICERS FORNEY and IP**
**And DOES 1 through 50**

31. Defendants incorporate by reference their responses to the allegations contained in paragraphs 1 through 30 above, as though fully set forth herein.

32. Defendants generally and specifically deny the allegations contained in paragraph 32 of the complaint.

33. Defendants generally and specifically deny the allegations contained in paragraph 33 of the complaint.

34. Defendants generally and specifically deny the allegations contained in paragraph 34 of the complaint.

**THIRD CAUSE OF ACTION**
**False Arrest**
**As Against Defendants CITY OF HOLTVILLE,**
**[OFFICER DOE] FORNEY, [OFFICER DOE] IP,**
**And DOES 1 through 50**

35. Defendants incorporate by reference their responses to the allegations contained in paragraphs 1 through 34 above, as though fully set forth herein.

36. Defendants generally and specifically deny the allegations contained in paragraph 36 of the complaint.

37. Defendants generally and specifically deny the allegations contained in paragraph 37 of the complaint.

38. Defendants generally and specifically deny the allegations contained in paragraph 38 of the complaint.

///
///

## FOURTH CAUSE OF ACTION
### Assault & Battery
### as Against Defendants CITY OF HOLTVILLE, [OFFICER DOE] FORNEY, [OFFICER DOE] IP, And DOES 1 through 50

39. Defendants incorporate by reference their responses to the allegations contained in paragraphs 1 through 38 above, as though fully set forth herein.

40. Defendants generally and specifically deny the allegations contained in paragraph 40 of the complaint.

41. Defendants generally and specifically deny the allegations contained in paragraph 41 of the complaint.

42. Defendants generally and specifically deny the allegations contained in paragraph 42 of the complaint.

## FIFTH CAUSE OF ACTION
### Breach of Written Contract
### As Against Defendants BLOSSOM VALLEY INN and DOES 51 through 100, Inclusive

43. Defendants incorporate by reference their responses to the allegations contained in paragraphs 1 through 42 above, as though fully set forth herein.

44. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 44 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 44 of the complaint.

45. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 45 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 45 of the complaint.

46. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 46 of the complaint and

-6-
ANSWER TO COMPLAINT

03 CV 2229 WQH (WMC)

1 | on that basis defendants generally and specifically deny each and
2 | every allegation contained in paragraph 46 of the complaint.

3 |     47.   Defendants lack sufficient information to either admit or
4 | deny the allegations contained in paragraph 47 of the complaint and
5 | on that basis defendants generally and specifically deny each and
6 | every allegation contained in paragraph 47 of the complaint.

7 |     48.   Defendants lack sufficient information to either admit or
8 | deny the allegations contained in paragraph 48 of the complaint and
9 | on that basis defendants generally and specifically deny each and
10 | every allegation contained in paragraph 48 of the complaint.

**SIXTH CAUSE OF ACTION**
**Breach of Implied Covenant of Good Faith and Fair dealing**
**As Against Defendants BLOSSOM VALLEY INN and**
**DOES 51 through 100, Inclusive**

14 |     49.   Defendants incorporate by reference their responses to
15 | the allegations contained in paragraphs 1 through 48, above as
16 | though fully set forth herein.

17 |     50.   Defendants lack sufficient information to either admit or
18 | deny the allegations contained in paragraph 50 of the complaint and
19 | on that basis defendants generally and specifically deny each and
20 | every allegation contained in paragraph 50 of the complaint.

21 |     51.   Defendants lack sufficient information to either admit or
22 | deny the allegations contained in paragraph 51 of the complaint and
23 | on that basis defendants generally and specifically deny each and
24 | every allegation contained in paragraph 51 of the complaint.

25 |     52.   Defendants lack sufficient information to either admit or
26 | deny the allegations contained in paragraph 52 of the complaint and
27 | on that basis defendants generally and specifically deny each and
28 | every allegation contained in paragraph 52 of the complaint.

### SEVENTH CAUSE OF ACTION
### General Negligence
### As Against Defendants CITY OF HOLTVILLE, [OFFICER DOE] FORNEY, [OFFICER DOE] IP, And DOES 1 through 50

53. Defendants incorporate by reference their responses to the allegations contained in paragraphs 1 through 52, above as though fully set forth herein.

54. These answering defendants admit they use appropriate skill and care in the performance of their duties. All allegations not expressly admitted are denied.

55. Defendants generally and specifically deny each and every allegation contained in paragraph 55 of the complaint.

56. Defendants generally and specifically deny each and every allegation contained in paragraph 56 of the complaint.

57. Defendants generally and specifically deny each and every allegation contained in paragraph 57 of the complaint.

58. Defendants generally and specifically deny each and every allegation contained in paragraph 58 of the complaint.

### EIGHTH CAUSE OF ACTION
### General Negligence
### Defendants BLOSSOM VALLEY INN, TINA TOTEN, [NURSE DOE #1] and DOES 51 through 100, Inclusive

59. Defendants incorporate by reference their responses to the allegations contained in paragraphs 1 through 58, above as though fully set forth herein.

60. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 60 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 60 of the complaint.

61. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 61 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 61 of the complaint.

62. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 62 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 62 of the complaint.

63. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 63 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 63 of the complaint.

64. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 64 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 64 of the complaint.

### NINTH CAUSE OF ACTION
### Violation of the Elder Abuse and Dependent Adult Civil Protection Act
**As Against Defendants CITY OF HOLTVILLE, [OFFICER DOE] FORNEY, [OFFICER DOE] IP, AND DOES 1 through 50; BLOSSOM VALLEY INN, TINA TOTEN, [NURSE DOE #1] and DOES 51 through 100**

65. Defendants incorporate by reference their responses to the allegations contained in paragraphs 1 through 64, above as though fully set forth herein.

66. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 66 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 66 of the complaint.

67. Defendants lack sufficient information to either admit or

1 deny the allegations contained in paragraph 67 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 67 of the complaint.

68.  Defendants generally and specifically deny each and every allegation contained in paragraph 68 of the complaint.

69.  Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 69 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 69 of the complaint.

70.  Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 70 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 70 of the complaint.

71.  Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 71 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 71 of the complaint.

72.  Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 72 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 72 of the complaint.

73.  Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 73 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 73 of the complaint.

74.  Defendants generally and specifically deny each and every allegation contained in paragraph 74 of the complaint.

///

## TENTH CAUSE OF ACTION
### Fraudulent Misrepresentation
### As Against Defendant BLOSSOM VALLEY INN
### and DOES 51 through 100, Inclusive

75. Defendants incorporate by reference their responses to the allegations contained in paragraphs 1 through 74, above as though fully set forth herein.

76. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 76 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 76 of the complaint.

77. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 77 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 77 of the complaint.

78. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 78 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 78 of the complaint.

79. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 79 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 79 of the complaint.

80. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 80 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 80 of the complaint.

81. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 81 of the complaint and

1  on that basis defendants generally and specifically deny each and
2  every allegation contained in paragraph 81 of the complaint.

3      82. Defendants lack sufficient information to either admit or
4  deny the allegations contained in paragraph 82 of the complaint and
5  on that basis defendants generally and specifically deny each and
6  every allegation contained in paragraph 82 of the complaint.

7      83. Defendants lack sufficient information to either admit or
8  deny the allegations contained in paragraph 83 of the complaint and
9  on that basis defendants generally and specifically deny each and
10 every allegation contained in paragraph 83 of the complaint.

11     84. Defendants lack sufficient information to either admit or
12 deny the allegations contained in paragraph 84 of the complaint and
13 on that basis defendants generally and specifically deny each and
14 every allegation contained in paragraph 84 of the complaint.

15     85. Defendants lack sufficient information to either admit or
16 deny the allegations contained in paragraph 85 of the complaint and
17 on that basis defendants generally and specifically deny each and
18 every allegation contained in paragraph 85 of the complaint.

19     86. Defendants lack sufficient information to either admit or
20 deny the allegations contained in paragraph 86 of the complaint and
21 on that basis defendants generally and specifically deny each and
22 every allegation contained in paragraph 86 of the complaint.

**ELEVENTH CAUSE OF ACTION**
**Negligent Misrepresentation**
**As Against Defendant BLOSSOM VALLEY INN**
**and DOES 51 through 100, Inclusive**

26     87. Defendants incorporate by reference their responses to
27 the allegations contained in paragraphs 1 through 86, above as
28 though fully set forth herein.

-12-
*ANSWER TO COMPLAINT*

03 CV 2229 WQH (WMC)

88. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 88 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 88 of the complaint.

89. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 89 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 89 of the complaint.

90. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 90 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 90 of the complaint.

91. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 91 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 91 of the complaint.

92. Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 92 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 92 of the complaint.

### **AFFIRMATIVE DEFENSES**

#### **FIRST AFFIRMATIVE DEFENSE**

As a First Affirmative Defense defendants assert the complaint, and every purported cause of action therein, fails to state a claim upon which relief can be granted.

#### **SECOND AFFIRMATIVE DEFENSE**

As a Second Affirmative Defense defendants assert that Plaintiff has waived any and all claims he may have or have had

against Defendants.

### THIRD AFFIRMATIVE DEFENSE

As a Third Affirmative Defense Defendants assert that plaintiff's claims are barred by the statute of limitations.

### FOURTH AFFIRMATIVE DEFENSE

As a Fourth Affirmative Defense Defendants assert that plaintiff's claims are barred by the Doctrine of Qualified Governmental Immunity.

### FIFTH AFFIRMATIVE DEFENSE

As a Fifth Affirmative Defense defendants assert that defendant's officers had reasonable cause to detain and arrest plaintiff.

### SIXTH AFFIRMATIVE DEFENSE

As a Sixth Affirmative Defense plaintiff failed to comply with the claim provisions of the California Government Tort Claims Act.

### SEVENTH AFFIRMATIVE DEFENSE

As a Seventh Affirmative Defense defendants assert that plaintiff's claims are barred by California Government Code §820.2 which provides immunity for discretionary acts of public employees.

### EIGHT AFFIRMATIVE DEFENSE

As an Eight Affirmative Defense defendants assert that plaintiff's claims are barred by California Government Code §815.2(b) which bars liability against a public entity from injuries arising from acts or omission of an employee of the public entity where the employee is immune from liability.

### NINTH AFFIRMATIVE DEFENSE

As a Ninth Affirmative Defense defendants assert that plaintiff has engaged in conduct with respect to the activities

which are the subject of the complaint and by reason of said activities and conduct, is estopped from asserting any claim of damages or seeking any other relief against defendants.

**TENTH AFFIRMATIVE DEFENSE**

As a Tenth Affirmative Defense defendants assert that plaintiff fails to state a cause of action against the City of Holtville pursuant to Monell v. Department of Social Services, 436 U.S. 658.

**ELEVENTH AFFIRMATIVE DEFENSE**

As a Eleventh Affirmative Defense defendants assert that at all times alleged in the Complaint the City of Holtville and its employees acted in good faith, without malice and within the scope of the duties of police officers of the defendant public entity.

**TWELFTH AFFIRMATIVE DEFENSE**

As a Twelfth Affirmative Defense defendants assert any damages incurred by plaintiff were directly and proximately caused or contributed to by plaintiff's own actions.

**THIRTEENTH AFFIRMATIVE DEFENSE**

As a Thirteenth Affirmative Defense defendants allege that, if they are held liable for damages to plaintiff or any other party in any amount, that defendants are only severally liable in an amount equal to their apportioned share of liability for any damage suffered by the plaintiff or any other party. The fault, if any, of defendants should be compared with the fault of other defendants or third parties and damages, if any, should be apportioned among the defendants or other parties in direct relation to each defendant's or party's comparative fault. Defendants should be obligated to pay only such damages, if any, which are directly

attributable to their percentage of comparative fault. To require defendants to pay any more than their percentage of comparative fault violates the equal protection and due process clauses of the Constitution of the United States and the Constitution of the State of California.

### FOURTEENTH AFFIRMATIVE DEFENSE

As a Fourteenth Affirmative Defense defendants assert that by virtue of plaintiff's unlawful, immoral, careless, negligent and other wrongful conduct, plaintiff should be barred from recovering against Defendants by the equitable doctrine of unclean hands.

### FIFTEENTH AFFIRMATIVE DEFENSE

As a Fifteenth Affirmative Defense plaintiff herein is barred from any recovery for any loss, injury or damage resulting from his detention, arrest or imprisonment, as alleged in the complaint, by each herein answering defendant in that, at all material times and places alleged in the complaint, each herein answering defendant or its employee police officers had probable cause to either arrest the plaintiff for a crime or crimes and/or to use reasonable force to remove him from the place alleged, and as peace officers of the State of California were authorized to so detain, arrest and imprison the plaintiff and/or to use reasonable force to do so.

### SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff herein is barred from any recovery from each herein answering defendant for any loss, injury or damage resulting from any force either actually employed or about which defendant warned, in that any and all such force was legal, proper, justified, and necessary both for the self defense and protection of each herein answering defendant or its employees and also in order to overcome

plaintiff's unlawful, violent and dangerous attempts to resist a lawful detention and/or arrest.

### SEVENTEENTH AFFIRMATIVE DEFENSE

The City of Holtville is not liable for punitive damages or other damages imposed primarily for the sake of example and by way of punishing the defendants.  Government Code §818.

**WHEREFORE,** Defendants pray for judgment as follows:

(1)   That plaintiff take nothing by way of his complaint;

(2)   For costs of suit;

(3)   For attorney's fees and other expenses;

(4)   For such other and further relief as the court deems just and proper.

McCORMICK & MITCHELL

DATED: 1/7/08         By: _____
                          John P. McCormick
                          Konrad M. Rasmussen
                          Attorneys for Defendants
                          CITY OF HOLTVILLE, OFFICER
                          BARRY FORNEY and OFFICER THOMAS
                          IP