John P. McCormick, Esq., SBN 38064
Konrad M. Rasmussen, Esq., SBN 157030
McCORMICK & MITCHELL
8885 Rio San Diego Drive, Suite 212
San Diego, CA 92108
Tel:  (619) 235-8444
Fax: (619) 294-8447

Attorneys for Defendants CITY OF HOLTVILLE, OFFICER BARRY FORNEY and OFFICER THOMAS IP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. HOGUE, by and through his Guardian ad Litem CASSI DePAOLI,<br><br>                    Plaintiff,<br><br>v.<br><br>CITY OF HOLTVILLE, a Public Entity; OFFICER BARRY FORNEY, an Individual; OFFICER THOMAS IP, an Individual; BLOSSOM VALLEY INN, business form unknown; TINA TOTEN, an Individual; NURSE DOE #21, an Individual; and DOES 1 through 100, Inclusive,<br><br>                    Defendants. | CASE NO:  07 CV 2229 WQH (WMC)<br><br>**DEMAND FOR JURY TRIAL** |

Defendants CITY OF HOLTVILLE, OFFICER BARRY FORNEY and OFFICER THOMAS IP hereby demand trial by jury in this action.

McCORMICK & MITCHELL

DATED:  1/7/08          By: _Konrad M. Rasmussen_
                            John P. McCormick
                            Konrad M. Rasmussen
                            Attorneys for Defendants
                            CITY   OF   HOLTVILLE,   OFFICER
                            BARRY FORNEY and OFFICER THOMAS
                            IP

*Hon. Ronald L. Styn*
*Re: Metzger v. Villa Bay View*
*January 7, 2008*
*Page 3*

bcc:  Christopher A. Roberts (w/o enc.)
      Ronald J. Lauter (w/o enc.)