1  John P. McCormick, Esq., SBN 38064
   Konrad M. Rasmussen, Esq., SBN 157030
2  McCORMICK & MITCHELL
   8885 Rio San Diego Drive, Suite 212
3  San Diego, CA 92108
   Tel:  (619) 235-8444
4  Fax: (619) 294-8447

5

   Attorneys for Defendants CITY OF HOLTVILLE, OFFICER BARRY FORNEY
6  and OFFICER THOMAS IP

7                  UNITED STATES DISTRICT COURT

8                SOUTHERN DISTRICT OF CALIFORNIA

9

   WILLIAM A. HOGUE, by and through ) CASE NO:  07 CV 2229 WQH
10 his Guardian ad Litem CASSI       ) (WMC)
   DePAOLI,                          )
11                                   ) **ANSWER TO COMPLAINT**
                      Plaintiff,     )
12                                   )
                                     )
13 v.                                )
                                     )
14                                   )
   CITY OF HOLTVILLE, a Public       )
15 Entity; OFFICER BARRY FORNEY, an  )
   Individual; OFFICER THOMAS IP, an )
16 Individual; BLOSSOM VALLEY INN,   )
   business form unknown; TINA       )
17 TOTEN, an Individual; NURSE DOE   )
   #21, an Individual; and DOES 1    )
18 through 100, Inclusive,           )
                                     )
19                   Defendants.     )

20
        Defendant CITY OF HOLTVILLE, OFFICER BARRY FORNEY and OFFICER
21
   THOMAS IP respond to plaintiff's unverified complaint for damages
22
   as follows:
23
                      **GENERAL ALLEGATIONS**
24
        1.   Defendants admit the allegations contained in paragraph
25
   1 of the complaint.
26
        2.   Defendants admit the allegations contained in paragraph
27
   2 of the complaint.
28

1  3.  Defendants lack sufficient information to either admit or

2  deny the allegations contained in paragraph 3 of the complaint and

3  on that basis defendants generally and specifically deny each and

4  every allegation contained in paragraph 3 of the complaint.

5  4.  Defendants lack sufficient information to either admit or

6  deny the allegations contained in paragraph 4 of the complaint and

7  on that basis defendants generally and specifically deny each and

8  every allegation contained in paragraph 4 of the complaint.

9  5.  Defendants admit the allegations contained in paragraph

10  5 of the complaint.

11  6.  Defendants lack sufficient information to either admit or

12  deny the allegations contained in paragraph 6 of the complaint and

13  on that basis defendants generally and specifically deny each and

14  every allegation contained in paragraph 6 of the complaint.

15  7.  Defendants generally and specifically deny the

16  allegations contained in paragraph 7 of the complaint.

17  8.  Defendants lack sufficient information to either admit or

18  deny the allegations contained in paragraph 8 of the complaint and

19  on that basis defendants generally and specifically deny each and

20  every allegation contained in paragraph 8 of the complaint.

21  9.  Defendants generally and specifically deny the

22  allegations contained in paragraph 9 of the complaint.

23  10.  Defendants generally and specifically deny the

24  allegations contained in paragraph 10 of the complaint.

25  11.  Defendants generally and specifically deny the

26  allegations contained in paragraph 11 of the complaint.

27  12.  Defendants generally and specifically deny the

28

*ANSWER TO COMPLAINT*

03 CV 2229 WQH (WMC)

1 | allegations contained in paragraph 12 of the complaint.

2 | **FACTUAL ALLEGATIONS**

3 |     13.  Defendants lack sufficient information to either admit or

4 | deny the allegations contained in paragraph 13 of the complaint and

5 | on that basis defendants generally and specifically deny each and

6 | every allegation contained in paragraph 13 of the complaint.

7 |     14.  Defendants lack sufficient information to either admit or

8 | deny the allegations contained in paragraph 14 of the complaint and

9 | on that basis generally and specifically deny each and every

10 | allegation contained in paragraph 14 of the complaint

11 |     15.  Defendants generally and specifically deny the

12 | allegations contained in paragraph 15 of the complaint.

13 |     16.  These answering defendants admit on information and

14 | belief that Officer Forney heard a popping noise and that these

15 | answering defendants appropriately summoned medical care as

16 | reasonably required.  All allegations not expressly admitted are

17 | denied.

18 |     17. Defendants generally and specifically deny the

19 | allegations contained in paragraph 17 of the complaint.

20 |     18. Defendants generally and specifically deny the

21 | allegations contained in paragraph 18 of the complaint.

22 |     19. Defendants lack sufficient information to either admit or

23 | deny the allegations contained in paragraph 19 of the complaint and

24 | on that basis defendants generally and specifically deny each and

25 | every allegation contained in paragraph 19 of the complaint.

26 |     20. Defendants generally and specifically deny the

27 | allegations contained in paragraph 20 of the complaint.

28 | ///

*ANSWER TO COMPLAINT*

03 CV 2229 WQH (WMC)

**FIRST CAUSE OF ACTION**
**42 U.S.C. §1983 Constitutional Violations:**
**Unreasonable Search and Seizure and Excessive Force**
**As Against Defendants CITY OF HOLTVILLE, [OFFICER DOE] FORNEY,**
**[OFFICER DOE] IP, AND DOES 1 through 50**

21. Defendants incorporate by reference their responses to the allegations contained in paragraphs 1 through 20 above, as though fully set forth herein.

22. Defendants generally and specifically deny the allegations contained in paragraph 22 of the complaint.

23. Defendants generally and specifically deny the allegations contained in paragraph 23 of the complaint.

24. Defendants generally and specifically deny the allegations contained in paragraph 24 of the complaint.

25. Defendants generally and specifically deny the allegations contained in paragraph 25 of the complaint.

26. Defendants generally and specifically deny the allegations contained in paragraph 26 of the complaint.

27. Defendants generally and specifically deny the allegations contained in paragraph 27 of the complaint.

28. Defendants generally and specifically deny the allegations contained in paragraph 28 of the complaint.

29. Defendants generally and specifically deny the allegations contained in paragraph 29 of the complaint.

30. Defendants generally and specifically deny the allegations contained in paragraph 30 of the complaint.

///

///

///

///

*ANSWER TO COMPLAINT*

03 CV 2229 WQH (WMC)

1

2

3

4

**SECOND CAUSE OF ACTION**
**42 U.S.C. §1983 Constitutional Violations:**
**Unlawful Policies, Customs or Habits**
**As Against Defendants CITY OF HOLTVILLE,**
**OFFICERS FORNEY and IP**
**And DOES 1 through 50**

5      31.  Defendants incorporate by reference their responses to

6   the allegations contained in paragraphs 1 through 30 above, as

7   though fully set forth herein.

8      32.  Defendants generally and specifically deny the

9   allegations contained in paragraph 32 of the complaint.

10     33.  Defendants generally and specifically deny the

11  allegations contained in paragraph 33 of the complaint.

12     34.  Defendants generally and specifically deny the

13  allegations contained in paragraph 34 of the complaint.

14

15

16

**THIRD CAUSE OF ACTION**
**False Arrest**
**As Against Defendants CITY OF HOLTVILLE,**
**[OFFICER DOE] FORNEY, [OFFICER DOE] IP,**
**And DOES 1 through 50**

17

18

19

20

21

22

23

24

25

26

27

28

     35.  Defendants incorporate by reference their responses to
the allegations contained in paragraphs 1 through 34 above, as
though fully set forth herein.

     36.  Defendants generally and specifically deny the
allegations contained in paragraph 36 of the complaint.

     37.  Defendants generally and specifically deny the
allegations contained in paragraph 37 of the complaint.

     38.  Defendants generally and specifically deny the
allegations contained in paragraph 38 of the complaint.

///

///

*ANSWER TO COMPLAINT*

**03 CV 2229 WQH (WMC)**

1

**FOURTH CAUSE OF ACTION**
**Assault & Battery**
**as Against Defendants CITY OF HOLTVILLE,**
**[OFFICER DOE] FORNEY, [OFFICER DOE] IP,**
**And DOES 1 through 50**

2

3

4      39.  Defendants incorporate by reference their responses to

5   the allegations contained in paragraphs 1 through 38 above, as

6   though fully set forth herein.

7      40.  Defendants  generally  and  specifically  deny  the

8   allegations contained in paragraph 40  of the complaint.

9      41.  Defendants  generally  and  specifically  deny  the

10  allegations contained in paragraph 41 of the complaint.

11     42.  Defendants  generally  and  specifically  deny  the

12  allegations contained in paragraph 42 of the complaint.

13

**FIFTH CAUSE OF ACTION**
**Breach of Written Contract**
**As Against Defendants BLOSSOM VALLEY INN and**
**DOES 51 through 100, Inclusive**

14

15

16     43.  Defendants incorporate by reference their responses to

17  the allegations contained in paragraphs 1 through 42 above, as

18  though fully set forth herein.

19     44.  Defendants lack sufficient information to either admit or

20  deny the allegations contained in paragraph 44 of the complaint and

21  on that basis defendants generally and specifically deny each and

22  every allegation contained in paragraph 44 of the complaint.

23     45.  Defendants lack sufficient information to either admit or

24  deny the allegations contained in paragraph 45 of the complaint and

25  on that basis defendants generally and specifically deny each and

26  every allegation contained in paragraph 45 of the complaint.

27     46.  Defendants lack sufficient information to either admit or

28  deny the allegations contained in paragraph 46 of the complaint and

-6-
*ANSWER TO COMPLAINT*

03 CV 2229 WQH (WMC)

1  on that basis defendants generally and specifically deny each and

2  every allegation contained in paragraph 46 of the complaint.

3       47.   Defendants lack sufficient information to either admit or

4  deny the allegations contained in paragraph 47 of the complaint and

5  on that basis defendants generally and specifically deny each and

6  every allegation contained in paragraph 47 of the complaint.

7       48.   Defendants lack sufficient information to either admit or

8  deny the allegations contained in paragraph 48 of the complaint and

9  on that basis defendants generally and specifically deny each and

10 every allegation contained in paragraph 48 of the complaint.

11                          **SIXTH CAUSE OF ACTION**
   **Breach of Implied Covenant of Good Faith and Fair dealing**
12          **As Against Defendants BLOSSOM VALLEY INN and**
                   **DOES 51 through 100, Inclusive**
13

14      49.   Defendants incorporate by reference their responses to

15 the allegations contained in paragraphs 1 through 48, above as

16 though fully set forth herein.

17      50.   Defendants lack sufficient information to either admit or

18 deny the allegations contained in paragraph 50 of the complaint and

19 on that basis defendants generally and specifically deny each and

20 every allegation contained in paragraph 50 of the complaint.

21      51.   Defendants lack sufficient information to either admit or

22 deny the allegations contained in paragraph 51 of the complaint and

23 on that basis defendants generally and specifically deny each and

24 every allegation contained in paragraph 51 of the complaint.

25      52.   Defendants lack sufficient information to either admit or

26 deny the allegations contained in paragraph 52 of the complaint and

27 on that basis defendants generally and specifically deny each and

28 every allegation contained in paragraph 52 of the complaint.

*ANSWER TO COMPLAINT*

**03 CV 2229 WQH (WMC)**

1

2      **SEVENTH CAUSE OF ACTION**
       **General Negligence**
3      **As Against Defendants CITY OF HOLTVILLE,**
       **[OFFICER DOE] FORNEY, [OFFICER DOE] IP,**
4      **And DOES 1 through 50**

5      53.  Defendants incorporate by reference their responses to

6  the allegations contained in paragraphs 1 through 52, above as

7  though fully set forth herein.

8      54.  These answering defendants admit they use appropriate

9  skill and care in the performance of their duties.  All allegations

10 not expressly admitted are denied.

11     55.  Defendants generally and specifically deny each and every

12 allegation contained in paragraph 55 of the complaint.

13     56.  Defendants generally and specifically deny each and every

14 allegation contained in paragraph 56 of the complaint.

15     57.  Defendants generally and specifically deny each and every

16 allegation contained in paragraph 57 of the complaint.

17     58.  Defendants generally and specifically deny each and every

18 allegation contained in paragraph 58 of the complaint.

19     **EIGHTH CAUSE OF ACTION**
       **General Negligence**
20     **Defendants BLOSSOM VALLEY INN, TINA TOTEN,**
       **[NURSE DOE #1] and**
21     **DOES 51 through 100, Inclusive**

22     59.  Defendants incorporate by reference their responses to

23 the allegations contained in paragraphs 1 through 58, above as

24 though fully set forth herein.

25     60.  Defendants lack sufficient information to either admit or

26 deny the allegations contained in paragraph 60 of the complaint and

27 on that basis defendants generally and specifically deny each and

28 every allegation contained in paragraph 60 of the complaint.

*ANSWER TO COMPLAINT*

03 CV 2229 WQH (WMC)

1    61.   Defendants lack sufficient information to either admit or

2    deny the allegations contained in paragraph 61 of the complaint and

3    on that basis defendants generally and specifically deny each and

4    every allegation contained in paragraph 61 of the complaint.

5    62.   Defendants lack sufficient information to either admit or

6    deny the allegations contained in paragraph 62 of the complaint and

7    on that basis defendants generally and specifically deny each and

8    every allegation contained in paragraph 62 of the complaint.

9    63.   Defendants lack sufficient information to either admit or

10   deny the allegations contained in paragraph 63 of the complaint and

11   on that basis defendants generally and specifically deny each and

12   every allegation contained in paragraph 63 of the complaint.

13   64.   Defendants lack sufficient information to either admit or

14   deny the allegations contained in paragraph 64 of the complaint and

15   on that basis defendants generally and specifically deny each and

16   every allegation contained in paragraph 64 of the complaint.

17                        **NINTH CAUSE OF ACTION**
                       **Violation of the Elder Abuse and**
18                **Dependent Adult Civil Protection Act**
      **As Against Defendants CITY OF HOLTVILLE, [OFFICER DOE] FORNEY,**
19   **[OFFICER DOE] IP, AND DOES 1 through 50; BLOSSOM VALLEY INN, TINA**
             **TOTEN, [NURSE DOE #1] and DOES 51 through 100**
20

21       65.   Defendants incorporate by reference their responses to

22   the allegations contained in paragraphs 1 through 64, above as

23   though fully set forth herein.

24       66.   Defendants lack sufficient information to either admit or

25   deny the allegations contained in paragraph 66 of the complaint and

26   on that basis defendants generally and specifically deny each and

27   every allegation contained in paragraph 66 of the complaint.

28       67.   Defendants lack sufficient information to either admit or

*ANSWER TO COMPLAINT*

**03 CV 2229 WQH (WMC)**

1   deny the allegations contained in paragraph 67 of the complaint and

2   on that basis defendants generally and specifically deny each and

3   every allegation contained in paragraph 67 of the complaint.

4        68.   Defendants generally and specifically deny each and every

5   allegation contained in paragraph 68 of the complaint.

6        69.   Defendants lack sufficient information to either admit or

7   deny the allegations contained in paragraph 69 of the complaint and

8   on that basis defendants generally and specifically deny each and

9   every allegation contained in paragraph 69 of the complaint.

10        70.   Defendants lack sufficient information to either admit or

11   deny the allegations contained in paragraph 70 of the complaint and

12   on that basis defendants generally and specifically deny each and

13   every allegation contained in paragraph 70 of the complaint.

14        71.   Defendants lack sufficient information to either admit or

15   deny the allegations contained in paragraph 71 of the complaint and

16   on that basis defendants generally and specifically deny each and

17   every allegation contained in paragraph 71 of the complaint.

18        72.   Defendants lack sufficient information to either admit or

19   deny the allegations contained in paragraph 72 of the complaint and

20   on that basis defendants generally and specifically deny each and

21   every allegation contained in paragraph 72 of the complaint.

22        73.   Defendants lack sufficient information to either admit or

23   deny the allegations contained in paragraph 73 of the complaint and

24   on that basis defendants generally and specifically deny each and

25   every allegation contained in paragraph 73 of the complaint.

26        74.   Defendants generally and specifically deny each and every

27   allegation contained in paragraph 74 of the complaint.

28   ///

*ANSWER TO COMPLAINT*

03 CV 2229 WQH (WMC)

1

**TENTH CAUSE OF ACTION**
**Fraudulent Misrepresentation**

2

**As Against Defendant BLOSSOM VALLEY INN**
**and DOES 51 through 100, Inclusive**

3

4      75.   Defendants incorporate by reference their responses to

5  the allegations contained in paragraphs 1 through 74, above as

6  though fully set forth herein.

7      76.   Defendants lack sufficient information to either admit or

8  deny the allegations contained in paragraph 76 of the complaint and

9  on that basis defendants generally and specifically deny each and

10  every allegation contained in paragraph 76 of the complaint.

11      77.   Defendants lack sufficient information to either admit or

12  deny the allegations contained in paragraph 77 of the complaint and

13  on that basis defendants generally and specifically deny each and

14  every allegation contained in paragraph 77 of the complaint.

15      78.   Defendants lack sufficient information to either admit or

16  deny the allegations contained in paragraph 78 of the complaint and

17  on that basis defendants generally and specifically deny each and

18  every allegation contained in paragraph 78 of the complaint.

19      79.   Defendants lack sufficient information to either admit or

20  deny the allegations contained in paragraph 79 of the complaint and

21  on that basis defendants generally and specifically deny each and

22  every allegation contained in paragraph 79 of the complaint.

23      80.   Defendants lack sufficient information to either admit or

24  deny the allegations contained in paragraph 80 of the complaint and

25  on that basis defendants generally and specifically deny each and

26  every allegation contained in paragraph 80 of the complaint.

27      81.   Defendants lack sufficient information to either admit or

28  deny the allegatiions contained in paragraph 81 of the complaint and

-11-

*ANSWER TO COMPLAINT*

1    on that basis defendants generally and specifically deny each and

2    every allegation contained in paragraph 81 of the complaint.

3        82.   Defendants lack sufficient information to either admit or

4    deny the allegations contained in paragraph 82 of the complaint and

5    on that basis defendants generally and specifically deny each and

6    every allegation contained in paragraph 82 of the complaint.

7        83.   Defendants lack sufficient information to either admit or

8    deny the allegations contained in paragraph 83 of the complaint and

9    on that basis defendants generally and specifically deny each and

10   every allegation contained in paragraph 83 of the complaint.

11       84.   Defendants lack sufficient information to either admit or

12   deny the allegations contained in paragraph 84 of the complaint and

13   on that basis defendants generally and specifically deny each and

14   every allegation contained in paragraph 84 of the complaint.

15       85.   Defendants lack sufficient information to either admit or

16   deny the allegations contained in paragraph 85 of the complaint and

17   on that basis defendants generally and specifically deny each and

18   every allegation contained in paragraph 85 of the complaint.

19       86.   Defendants lack sufficient information to either admit or

20   deny the allegations contained in paragraph 86 of the complaint and

21   on that basis defendants generally and specifically deny each and

22   every allegation contained in paragraph 86 of the complaint.

23                    **ELEVENTH CAUSE OF ACTION**
                     **Negligent Misrepresentation**
24             **As Against Defendant BLOSSOM VALLEY INN**
                **and DOES 51 through 100, Inclusive**
25

26       87.   Defendants incorporate by reference their responses to

27   the allegations contained in paragraphs 1 through 86, above as

28   though fully set forth herein.

-12-
*ANSWER TO COMPLAINT*

**03 CV 2229 WQH (WMC)**

88.   Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 88 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 88 of the complaint.

89.   Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 89 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 89 of the complaint.

90.   Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 90 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 90 of the complaint.

91.   Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 91 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 91 of the complaint.

92.   Defendants lack sufficient information to either admit or deny the allegations contained in paragraph 92 of the complaint and on that basis defendants generally and specifically deny each and every allegation contained in paragraph 92 of the complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

As a First Affirmative Defense defendants assert the complaint, and every purported cause of action therein, fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

As a Second Affirmative Defense defendants assert that Plaintiff has waived any and all claims he may have or have had

-13-

1  against Defendants.

2  **THIRD AFFIRMATIVE DEFENSE**

3  As a Third Affirmative Defense Defendants assert that
4  plaintiff's claims are barred by the statute of limitations.

5  **FOURTH AFFIRMATIVE DEFENSE**

6  As a Fourth Affirmative Defense Defendants assert that
7  plaintiff's claims are barred by the Doctrine of Qualified
8  Governmental Immunity.

9  **FIFTH AFFIRMATIVE DEFENSE**

10  As a Fifth Affirmative Defense defendants assert that
11  defendant's officers had reasonable cause to detain and arrest
12  plaintiff.

13  **SIXTH AFFIRMATIVE DEFENSE**

14  As a Sixth Affirmative Defense plaintiff failed to comply with
15  the claim provisions of the California Government Tort Claims Act.

16  **SEVENTH AFFIRMATIVE DEFENSE**

17  As a Seventh Affirmative Defense defendants assert that
18  plaintiff's claims are barred by California Government Code §820.2
19  which provides immunity for discretionary acts of public employees.

20  **EIGHT AFFIRMATIVE DEFENSE**

21  As an Eight Affirmative Defense defendants assert that
22  plaintiff's claims are barred by California Government Code
23  §815.2(b) which bars liability against a public entity from
24  injuries arising from acts or omission of an employee of the public
25  entity where the employee is immune from liability.

26  **NINTH AFFIRMATIVE DEFENSE**

27  As a Ninth Affirmative Defense defendants assert that
28  plaintiff has engaged in conduct with respect to the activities

*ANSWER TO COMPLAINT*

1  which are the subject of the complaint and by reason of said

2  activities and conduct, is estopped from asserting any claim of

3  damages or seeking any other relief against defendants.

4  **TENTH AFFIRMATIVE DEFENSE**

5       As a Tenth Affirmative Defense defendants assert that

6  plaintiff fails to state a cause of action against the City of

7  Holtville pursuant to <u>Monell v. Department of Social Services</u>, 436

8  U.S. 658.

9  **ELEVENTH AFFIRMATIVE DEFENSE**

10      As a Eleventh Affirmative Defense defendants assert that at

11 all times alleged in the Complaint the City of Holtville and its

12 employees acted in good faith, without malice and within the scope

13 of the duties of police officers of the defendant public entity.

14 **TWELFTH AFFIRMATIVE DEFENSE**

15      As a Twelfth Affirmative Defense defendants assert any damages

16 incurred by plaintiff were directly and proximately caused or

17 contributed to by plaintiff's own actions.

18 **THIRTEENTH AFFIRMATIVE DEFENSE**

19      As a Thirteenth Affirmative Defense defendants allege that, if

20 they are held liable for damages to plaintiff or any other party in

21 any amount, that defendants are only severally liable in an amount

22 equal to their apportioned share of liability for any damage

23 suffered by the plaintiff or any other party. The fault, if any,

24 of defendants should be compared with the fault of other defendants

25 or third parties and damages, if any, should be apportioned among

26 the defendants or other parties in direct relation to each

27 defendant's or party's comparative fault. Defendants should be

28 obligated to pay only such damages, if any, which are directly

*ANSWER TO COMPLAINT*

**03 CV 2229 WQH (WMC)**

1   attributable to their percentage of comparative fault.  To require

2   defendants to pay any more than their percentage of comparative

3   fault violates the equal protection and due process clauses of the

4   Constitution of the United States and the Constitution of the State

5   of California.

6                    **FOURTEENTH AFFIRMATIVE DEFENSE**

7        As a Fourteenth Affirmative Defense defendants assert that by

8   virtue of plaintiff's unlawful, immoral, careless, negligent and

9   other wrongful conduct, plaintiff should be barred from recovering

10  against Defendants by the equitable doctrine of unclean hands.

11                    **FIFTEENTH AFFIRMATIVE DEFENSE**

12       As a Fifteenth Affirmative Defense plaintiff herein is  barred

13  from any recovery for any loss, injury or damage resulting from his

14  detention, arrest or imprisonment, as alleged in the complaint, by

15  each herein answering defendant in that, at all material times and

16  places alleged in the complaint, each herein answering defendant or

17  its employee police officers had probable cause to either arrest

18  the plaintiff for a crime or crimes and/or to use reasonable force

19  to remove him from the place alleged, and as peace officers of the

20  State of California were authorized to so detain, arrest and

21  imprison the plaintiff and/or to use reasonable force to do so.

22                    **SIXTEENTH AFFIRMATIVE DEFENSE**

23       Plaintiff herein is barred from any recovery from each herein

24  answering defendant for any loss, injury or damage resulting from

25  any force either actually employed or about which defendant warned,

26  in that any and all such force was legal, proper, justified, and

27  necessary both for the self defense and protection of each herein

28  answering defendant or its employees and also in order to overcome

-16-
*ANSWER TO COMPLAINT*

1  plaintiff's unlawful, violent and dangerous attempts to resist a

2  lawful detention and/or arrest.

3                    **SEVENTEENTH AFFIRMATIVE DEFENSE**

4      The City of Holtville is not liable for punitive damages or

5  other damages imposed primarily for the sake of example and by way

6  of punishing the defendants.  Government Code §818.

7      **WHEREFORE,** Defendants pray for judgment as follows:

8      (1)  That plaintiff take nothing by way of his complaint;

9      (2)  For costs of suit;

10     (3)  For attorney's fees and other expenses;

11     (4)  For such other and further relief as the court deems just

12  and proper.

13

14                               McCORMICK & MITCHELL

15

16                               s/Konrad M. Rasmussen

17  DATED: _____        By: _____
                                       John P. McCormick
18                                     Konrad M. Rasmussen
                                       Attorneys for Defendants
19                                     CITY  OF  HOLTVILLE,  OFFICER
                                       BARRY FORNEY and OFFICER THOMAS
20                                     IP

21

22

23

24

25

26

27

28

*ANSWER TO COMPLAINT*
**03 CV 2229 WQH (WMC)**