1    John P. McCormick, Esq., SBN 38064
     Konrad M. Rasmussen, Esq., SBN 157030
2    McCORMICK & MITCHELL
     8885 Rio San Diego Drive, Suite 212
3    San Diego, CA 92108
     Tel: (619) 235-8444
4    Fax: (619) 294-8447

5

6    Attorneys for Defendants CITY OF HOLTVILLE, OFFICER BARRY FORNEY and OFFICER
     THOMAS IP

7

8                        UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10   WILLIAM A. HOGUE, by and through his      )   CASE NO:  07 CV 2229 WQH (WMC)
     Guardian ad Litem CASSI DePAOLI,          )
11                                             )   **NOTICE OF WITHDRAWAL OF**
                      Plaintiff,               )   **DOCUMENTS FILED**
12                                             )
                                               )
13   v.                                        )
                                               )
14   CITY OF HOLTVILLE, a Public Entity;       )
     OFFICER BARRY FORNEY, an Individual;      )
15   OFFICER THOMAS IP, an Individual;         )
     BLOSSOM VALLEY INN, business form         )
16   unknown; TINA TOTEN, an Individual; NURSE )
     DOE #21, an Individual; and DOES 1 through )
17   100, Inclusive,                           )
                                               )
18                     Defendants.             )
                                               )

19

20         Defendants CITY OF HOLTVILLE, OFFICER BARRY FORNEY and OFFICER THOMAS

21   IP hereby withdraw the Answer to Complaint and Demand for Jury Trial filed on January 7, 2008

22   as Document 9 in the District Court Electronic Filing System, as these documents were properly re-

23   filed on January 8, 2008.

24                                             McCORMICK & MITCHELL

25   DATED: January 10, 2008        By:   s/Konrad M. Rasmussen
26                                         John P. McCormick
                                           Konrad M. Rasmussen
27                                         Attorneys for Defendants
                                           CITY OF HOLTVILLE, OFFICER BARRY
28                                         FORNEY and OFFICER THOMAS IP

                                    -1-

*NOTICE OF WITHDRAWAL OF DOCUMENTS FILED*