Hogue v. City of Holtville, et al.
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
CASE NO: 07 CV 2229 WQH (WMC)

**PROOF OF SERVICE**

I, Lucia Ruffin, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California, where the service occurs; and my business address is 8885 Rio San Diego Drive, Suite 212, San Diego, California 92108.

On January 10, 2008, I served the following document(s):

1. **NOTICE OF WITHDRAWAL OF DOCUMENTS FILED**

ON:

| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR BLOSSOM VALLEY INN |
|---|---|
| Robert Espinosa | Erika J. Fernbach |
| L/O of Robert A Espinosa, APC | Giovanniello & Michels |
| 1041 State Street | 1470 S. Valley Vista Drive, |
| El Centro, CA 92243 | Suite 200 |
| Tel: (760) 353-1410 | Diamond Bar, CA 91765 |
| Fax: (760) 353-1457 | Tel: 909-396-1964 |

Service was effectuated electronically.

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 10, 2008 at San Diego, California.

_____
Lucia Ruffin