```
John P. McCormick, Esq., SBN 38064
Konrad M. Rasmussen, Esq., SBN 157030
McCORMICK & MITCHELL
8885 Rio San Diego Drive, Suite 212
San Diego, CA 92108
Tel: (619) 235-8444
Fax: (619) 294-8447


Attorneys for Defendants CITY OF HOLTVILLE, OFFICER BARRY FORNEY
and OFFICER THOMAS IP
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. HOGUE, by and through his Guardian ad Litem CASSI DePAOLI,<br><br>            Plaintiff,<br><br>v.<br><br>CITY OF HOLTVILLE, a Public Entity; OFFICER BARRY FORNEY, an Individual; OFFICER THOMAS IP, an Individual; BLOSSOM VALLEY INN, business form unknown; TINA TOTEN, an Individual; NURSE DOE #21, an Individual; and DOES 1 through 100, Inclusive,<br><br>            Defendants. | CASE NO: 07 CV 2229 WQH (WMC)<br><br>**AMENDED DEMAND FOR JURY TRIAL** |

Defendants CITY OF HOLTVILLE, OFFICER BARRY FORNEY and OFFICER THOMAS IP hereby demand trial by jury in this action.

McCORMICK & MITCHELL

DATED:   January 10, 2008     By:   s/Konrad M. Rasmussen
                                    John P. McCormick
                                    Konrad M. Rasmussen
                                    Attorneys for Defendants
                                    CITY OF HOLTVILLE, OFFICER
                                    BARRY FORNEY and OFFICER THOMAS
                                    IP

-1-

*AMENDED DEMAND FOR JURY TRIAL*

03 CV 2229 WQH (WMC)