**LAW OFFICES OF**
**ROBERT A. ESPINOSA, State Bar No. 56961**
1041 State Street
El Centro, California 92243
Telephone: (760) 353-1410
Fax: (760) 353-1457
bobesp@sbcglobal.net

**SINGLETON & ASSOCIATES**
**TERRY SINGLETON**, State Bar No. 58316
**GERALD SINGLETON**, State Bar No. 208783
1950 Fifth Avenue, Suite 200
San Diego, California 92101
(619) 239-2196
(619) 702-5592 (fax)
geraldsingleton73@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A HOGUE, by and through his Guardian Ad Litem CASSI DePAOLI<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HOLTVILLE, A Public Entity; OFFICER BARRY FORNEY, an Individual; OFFICER THOMAS IP, an Individual; BLOSSOM VALLEY INN, Business Form Unknown, TINA TOTEN, an Individual; NURSE DOE #21, an Individual; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No. 07 CV 2229 WQH (WMC)<br><br>**PLAINTIFF'S NOTICE OF ASSOCIATION OF COUNSEL** |

TO: DEFENDANTS AND THEIR ATTORNEY(S) OF RECORD, AND TO THIS HONORABLE COURT

PLEASE TAKE NOTICE that Attorney ROBERT A. ESPINOSA, whose contact information appears above, hereby associates in as counsel for Plaintiff, TERRY SINGLETON OF SINGLETON AND ASSOCIATES, with address above noted.

Counsel respectfully request that MR. TERRY SINGLETON be added to the distribution list for this case.

Respectfully Submitted,

LAW OFFICES OF ROBERT A. ESPINOSA

DATED: January 2, 2008

By: ______________________

ROBERT A. ESPINOSA
Counsel for Plaintiff

**TERRY SINGLETON**
**SINGLETON & ASSOCIATES**

DATED: January 4, 2008

By: ______________________

TERRY SINGLETON
Counsel for Plaintiff

Hogue v. City of Holtville
Case No. 07CV2229 WQH (WMC)

# PROOF OF SERVICE

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1950 Fifth Avenue, Suite 200, San Diego, CA 92101

On January 15, 2008, I served the following document(s) described as:
PLAINTIFF'S NOTICE OF ASSOCIATION OF COUNSEL

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:



**BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier. [as indicated]

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was 619 702-5592. The name(s) and facsimile machine telephone numbers(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2008(e), a copy of that report is attached to this declaration.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s)



**STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 15, 2008, at San Diego, California.

Maria Qualls

**MAILING LIST**

GIOVANNIELLO & MICHELS, LLP
Alexander F. Giovaniello, Esq.
1470 South Valley Vista Drive, Suite 200
Diamond Bar, CA 91765

Telephone: (909) 396-1964 Fax: (909) 396-0885

Attorneys for DEFENDANT
RENESTER VILLA, LLC dba THE VALLEY INN
n/k/a BLOSSOM VALLEY INN (erroneously sued and served as Blossom Valley Inn)