# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. HOGUE, by and through his Guardian ad Litem CASSI DePAOLI,<br><br>            Plaintiff,<br><br>v.<br><br>CITY OF HOLTVILLE, a Public Entity, et al.,<br><br>            Defendants. | Case No. 07cv2229 WQH (WMc)<br><br>**NOTICE AND ORDER CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE** |

    Due to a conflict in the Court's own calendar, the Early Neutral Evaluation Conference previously scheduled for February 21, 2008 is **CONTINUED** to **February 28, 2008** at **2:00 p.m.** in the chambers of the Honorable William McCurine, Jr., United States Magistrate Judge, 940 Front Street, Courtroom C, San Diego, California, 92101.

    The parties are required to submit a short Early Neutral Evaluation Conference Statement about the case on a confidential basis no later than **seven (7) days** before the conference.

    The remainder of the Court's January 10, 2008 Order remains in full force and effect. [Doc. No. 13.]

Questions regarding this case may be directed to the Magistrate Judge's law clerk at (619) 557-6624.

**IT IS SO ORDERED.**

DATED: January 24, 2008

*/s/ W. McCurine Jr.*

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:

HONORABLE WILLIAM Q. HAYES, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD