CASE NO. 07 CV 2229 WQH (WMC)
JUDGE WILLIAM Q. HAYES

1

**PROOF OF SERVICE**

2   I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within entitled action; my business address is 1470 S. Valley

3   Vista Drive, Suite 200, Diamond Bar, California 91765.

4   On **January 28, 2008**,  2008 I served the foregoing document(s) described as **DEFENDANT'S**

5   **MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS THE COMPLAINT FRCP 12(b)(6),** by placing

6   the true copies thereof enclosed in sealed envelopes address as follows:

7   Robert Espinoza, Esq.                     John P. McCormick, Esq.
    1041 State Street                          Konrad M. Rasmussen, Esq.
8   El Centro, CA 92243                        McCORMICK & MITCHELL
    Telephone: (760) 353-1410                  8885 Rio San Diego Drive, Suite 212
9   Facsimile:  (760) 353-1457                 San Diego, CA 92108
    *Attorneys for Plaintiff*                  Direct Dial: (619) 294-8444
10                                             Direct Fax : (619) 294-8447
11                                             *Attorneys for City of Holtville and*
                                               *Officers Barry Forney and Thomas Ip*
12

13

( )    BY MAIL:    I am "readily familiar" with the firm's practice of collection and processing
14          correspondence for mailing.  Under that practice it would be deposited with the U.S. postal
            service on that same day with postage thereon fully prepaid at Los Angeles California in
15          the ordinary course of business.

16
( )    BY PERSONAL SERVICE:  I caused such envelope to be delivered by hand by DDS
17          Attorney Service to a representative of the office of the above addressee.

18
**(XX)   BY FEDERAL EXPRESS**: I caused said envelope(s) to be sent by Federal Express to
19          the above addresses.

20
( )    BY TELECOPIER:   I caused said document(s) to be transmitted by Telecopier to
21          Facsimile Number (323) 291-1253.

22   Executed on **January 28, 2008**, at Diamond Bar, California.

23   (XX)   STATE        I declare under penalty of perjury under the laws of the State of California
                         that the foregoing is true and correct.
24

25

26   _____
                    Eva Moreno-Cerda
27

28

PROOF OF SERVICE