CASE NO. 07 CV 2229 WQH (WMC)
JUDGE WILLIAM Q. HAYES

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 1470 S. Valley Vista Drive, Suite 200, Diamond Bar, California 91765.

On **January 28, 2008**, 2008 I served the foregoing document(s) described as **DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS THE COMPLAINT FRCP 12(b)(6)**, by placing the true copies thereof enclosed in sealed envelopes address as follows:

| | |
|---|---|
| Robert Espinoza, Esq.<br>1041 State Street<br>El Centro, CA 92243<br>Telephone: (760) 353-1410<br>Facsimile: (760) 353-1457<br>*Attorneys for Plaintiff* | John P. McCormick, Esq.<br>Konrad M. Rasmussen, Esq.<br>McCORMICK & MITCHELL<br>8885 Rio San Diego Drive, Suite 212<br>San Diego, CA 92108<br>Direct Dial: (619) 294-8444<br>Direct Fax : (619) 294-8447<br>*Attorneys for City of Holtville and*<br>*Officers Barry Forney and Thomas Ip* |

( )   BY MAIL:   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles California in the ordinary course of business.

( )   BY PERSONAL SERVICE:   I caused such envelope to be delivered by hand by DDS Attorney Service to a representative of the office of the above addressee.

(XX)   **BY FEDERAL EXPRESS**:   I caused said envelope(s) to be sent by Federal Express to the above addresses.

( )   BY TELECOPIER:   I caused said document(s) to be transmitted by Telecopier to Facsimile Number (323) 291-1253.

Executed on **January 28, 2008**, at Diamond Bar, California.

(XX)   STATE   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Eva Moreno-Cerda

PROOF OF SERVICE