UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. HOGUE, by and through his Guardian ad Litem CASSI DePAOLI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HOLTVILLE, a Public Entity, et al.,<br><br>Defendants. | Case No. 07cv2229 WQH (WMc)<br><br>**NOTICE AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

At the parties' joint request and good cause appearing, the Case Management Conference previously scheduled for April 11, 2008 is **CONTINUED** to **April 21, 2008** at **2:00 p.m.** in the chambers of the Honorable William McCurine, Jr., United States Magistrate Judge, 940 Front Street, Courtroom C, San Diego, California, 92101. The remainder of the Court's February 29, 2008 Order remains in full force and effect. [Doc. No. 22.]

**IT IS SO ORDERED.**

DATED: March 18, 2008

*/s/ W. McCurine Jr.*
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:

HONORABLE WILLIAM Q. HAYES, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD