1  Terry Singleton, Esq.
   Horacio Barraza, Esq.
2  SINGLETON & ASSOCIATES
   1950 Fifth Avenue, Suite 200
3  San Diego, CA 92101
   Tel: (619) 239-3225
4  Fax: (619) 702-5592

5  Robert Espinosa
   L/O OF ROBERT A ESPINOSA
6  1041 State Street
   El Centro, CA 92243
7  Tel: (760) 353-1410
   Fax: (760) 353-1457
8  **Attorneys for Plaintiff**

9  Alex Giovanniello
   Erika J. Fernbach
10 GIOVANNIELLO & MICHELS
   1470 S. Valley Vista Drive, Suite 200
11 Diamond Bar, CA 91765
   Tel: 909-396-1964
12 Fax: 909-396-0885
   **Attorneys for Defendant RENESTER VILLA, LLC dba THE VALLEY INN n/k/a/**
13 **BLOSSOM VALLEY INN (erroneously sued and served as Blossom Valley Inn)**

14 John P. McCormick, Esq., SBN 38064
   Konrad M. Rasmussen, Esq., SBN 157030
15 McCORMICK & MITCHELL
   8885 Rio San Diego Drive, Suite 212
16 San Diego, CA 92108
   Tel:  (619) 235-8444
17 Fax: (619) 294-8447
   **Attorneys for Defendants CITY OF HOLTVILLE, OFFICER BARRY FORNEY and**
18 **OFFICER THOMAS IP**

19              UNITED STATES DISTRICT COURT

20           SOUTHERN DISTRICT OF CALIFORNIA

21

22 WILLIAM A. HOGUE, by and through his)   CASE NO:  07 CV 2229 WQH (WMC)
   Guardian ad Litem CASSI DePAOLI,    )
23                                     )   **JOINT DISCOVERY PLAN**
                        Plaintiff,     )
24                                     )
   v.                                  )
25                                     )
   CITY OF HOLTVILLE, a Public Entity; OFFICER)
26 BARRY  FORNEY,  an  Individual;  OFFICER)
   THOMAS IP, an Individual; BLOSSOM VALLEY)
27 INN, business form unknown; TINA TOTEN, an)
   Individual; NURSE DOE #21, an Individual; and)
28 DOES 1 through 100, Inclusive,      )
                                       )
                        Defendants.    )
   ─────────────────────────────────  )

1    COME NOW the parties to the instant case, and pursuant to the Order of the Court

2    dated February 29, 2008 and F.R.C.P. 26(f), lodge their joint discovery plan.

3    **1.    <u>Depositions</u>**

4    **<u>Plaintiffs</u>**

5    Plaintiff reserves the right to take depositions of other witnesses upon review of the parties'

6    Initial Disclosures, the Plaintiff intends to take the following depositions in August and

7    September of 2008 in San Diego and Holtville, California:

8    Defendant Officer Barry Forney

9    Defendant Officer Thomas Ip

10   Defendant Tina Toten

11   Director and/or PMQ from defendant Blossom Valley regarding policies and

12   procedures when dealing with patients like plaintiff William A. Hogue.

13   Person(s) from Blosson Valley that spoke to plaintiff's family prior to admission of

14   the plaintiff and after the incident.

15   Other nurses on duty at Blossom Valley at time that police were called regarding

16   plaintiff William Hogue.

17   Any percipient witnesses to the incident yet to be identified upon completion of other

18   depositions and upon review of discovery responses.

19   **<u>Defendant Renester Villa, LLC</u>**

20   Defendant intends to take the following depositions in September and October 2008

21   in San Diego and Holtville, California:

22   Plaintiff William A. Hogue

23   Cassi De Paoli

24   Tricia J. Hogue

25   Tom Hogue

26   Efram Guerrero, M.D.

27   Andres Jacobo, M.D.

28   Christopher Lai, M.D., from El Centro Regional Medical Center, El Centro,

1    California.

2    Apartment Manager, Maintenance personnel, other employees of the apartment

3    complex, and tenants who were former neighbors of Mr. Hogue from Imperial Villa

4    Apartments.

5    Miguel Colon, Jr., Police Chief.

6    Treating physicians and/or healthcare personnel from El Centro Regional Medical

7    Center, El Centro, California not yet identified.

8    Ambulance personnel not yet identified.

9    Any percipient witnesses to the incident yet to be identified

10    Defendant reserves the right to take depositions of other witnesses upon review of

11    the parties' Initial Disclosures, the completion of other depositions and upon review of

12    discovery responses.**Defendants City of Holtville and Officers Forney and Ip**

13    Defendants City of Holtville, Officers Forney and Ip  intend to take the following

14    depositions in September and October 2008 in San Diego and Holtville, California:

15    Plaintiff William A. Hogue

16    Cassi De Paoli

17    Tricia J. Hogue

18    Tom Hogue

19    Any percipient witnesses to the incident yet to be identified upon completion of other

20    depositions and upon review of discovery responses..

21    Defendants reserve the right to take depositions of other witnesses upon review of

22    the parties' Initial Disclosures..

23    **2.    Interrogatories**

24    **Plaintiffs**

25    Plaintiff William Hogue will serve interrogatories to defendants seeking background

26    information relative to the certification and licenses of defendant Blossom Valley to treat

27    and accept guests and/or patients such as William Hogue.  Their policies and procedures

28    regarding dealing with patients like William Hogue as well as identifying and background

1    information regarding the staff from Blossom Valley that were involved in this incident.

2    Interrogatories requesting background information relating to the Police Officers

3    involved in this incident.

4    Interrogatories which identify other employees and/or witnesses to the incident.

5    **Defendant Renester Villa, LLC**

6    Defendant RENESTER VILLA, LLC dba THE VALLEY INN n/k/a BLOSSOM

7    VALLEY INN (erroneously sued and served as Blossom Valley Inn) will serve

8    interrogatories to plaintiff seeking background information, information concerning his

9    injuries, medical history, witnesses to the incident and the basis for his claims to include

10   facts in support of liability, damages, and causation.

11   **Defendants City of Holtville and Officers Forney and Ip**

12   Defendants City of Holtville and Officers Forney and Ip will each serve

13   interrogatories to plaintiff seeking background information, information concerning his

14   injuries, medical history, witnesses to the incident and the bases for his claims.

15   **3.    Requests for Production of Documents**

16   **Plaintiffs**

17   Plaintiff will serve requests for production of documents to defendants seeking

18   plaintiff's medical records and personal file while at Blossom Valley.   Requests for

19   production of documents regarding communications with others concerning the incident,

20   photographs of the scene and plaintiff's injuries, as well as documents which support any

21   and all defenses.   Documents which identify other employees or witnesses involved in this

22   incident.

23   Documents relating to the personnel files for each of the individual defendants.

24   Plaintiff is aware that a Pitches motion pursuant to Cal. Evid. Code Section 1043 will

25   be required to obtain this information from the defendant Police Officers.  Plaintiff will file

26   said motion at the appropriate time.

27   **Defendant Renester Villa, LLC**

28   Defendant RENESTER VILLA, LLC dba THE VALLEY INN n/k/a BLOSSOM

VALLEY INN (erroneously sued and served as Blossom Valley Inn) will serve requests for production of documents to plaintiff seeking medical records, communications with others concerning the incident, photographs of the scene and plaintiff's injuries, and documents to support the plaintiff's claims of liability, damages, and causation.

### Defendants City of Holtville and Officers Forney and Ip

Defendants City of Holtville, Officer Forney and Officer Ip will each serve requests for production of documents to plaintiff seeking medical records, communications with others concerning the incident, photographs of the scene and plaintiff's injuries, and documents to support the plaintiffs' claims.

**4.      Request for Admissions**

**Plaintiffs**

Plaintiff will serve Requests for Admissions to defendant Blossom Valley regarding course and scope of employment of their employees during this incident.

### Defendant Renester Villa, LLC

Defendant RENESTER VILLA, LLC dba THE VALLEY INN n/k/a BLOSSOM VALLEY INN (erroneously sued and served as Blossom Valley Inn) will serve requests for admission to plaintiff seeking admissions or denials regarding plaintiff's background information, information concerning his injuries, medical history, witnesses to the incident and the basis for his claims to include facts in support of liability, damages, and causation.

### Defendants City of Holtville and Officers Forney and Ip

None contemplated at this time.

**5.      Document only depositions**

**Plaintiffs**

Plaintiff will requests copies of all documents produced in response to subpoenas issued in this case and reserves the right to serve document only deposition subpoenas duces tecum upon review of the parties' initial disclosures, documents produced and/or completion of depositions.

///

**Defendant Renester Villa, LLC**

Defendant anticipates serving document only deposition subpoenas duces tecum upon the following entities:

A.    Custodian of Records: Gold Cross Ambulance Service seeking any and all records relating to the treatment of William A. Hogue on the date of the incident.

B.    Custodian of Records: El Centro Regional Medical Center seeking William A. Hogue's medical records.

C.    Custodian of Records: Efram Guerrero, M.D., seeking William A. Hogue's medical records.

D.    Custodian of Records: Andres Jacobo, M.D., seeking William A. Hogue's medical records.

E.    Custodian of Records: Christopher Lai, M.D., seeking William A. Hogue's medical records.

F.    Custodian of Records: Dr. Veerinder seeking William A. Hogue's medical records.

G.    Custodian of Records: Dr. Tony Nguyen seeking William A. Hogue's medical records.

H.    Custodian of Records: Still to be identified pre- and post - accident physicians and other health care providers of William A. Hogue seeking any and all medical records.

I.    Custodian of Records: Still to be identified facilities/residences where plaintiff William A. Hogue has resided prior to and since the subject incident.

J.    Custodian of Records: of Imperial Villa Apartments.

K.    Apartment Manager: from Imperial Villa Apartments

L.    Custodian of Records: City of Imperial Police Department as to Miguel Colon, Jr.'s investigation regarding Mr. Hogue.

M.    Custodian of Records: Superior Court of San Diego or Imperial Counties or other counties regarding any criminal or civil past records or past lawsuits filed by Mr. Hogue.

Defendant reserves the right to serve additional document only deposition subpoenas duces tecum upon review of the parties' initial disclosures, documents produced and/or completion of depositions.

**Defendants City of Holtville and Officers Forney and Ip**

Defendants anticipate serving document only deposition subpoenas duces tecum upon the following entities:

A.    Custodian of Records: Gold Cross Ambulance Service seeking any and all records relating to the treatment of William A. Hogue on the date of the incident.

B.    Custodian of Records: El Centro Regional Medical Center seeking William A. Hogue's medical records.

C.    Custodian of Records: Dr. Veerinder Anand seeking William A. Hogue's medical records.

D.    Custodian of Records: Dr. Tony Nguyen seeking plaintiff's medical records.

E.    Custodian of Records: Still to be identified pre- and post - accident physicians and other health care providers of William A. Hogue seeking any and all medical records.

F.    Custodian of Records: Still to be identified facilities where plaintiff William A. Hogue has resided prior to and since the subject incident.

Defendants reserve the right to serve additional document only deposition subpoenas duces tecum upon review of the parties' initial disclosures, documents produced and/or completion of depositions.

**6.    Requests for Physical Examination**

**Plaintiffs**

None contemplated at this time.

**Defendant Renester Villa, LLC**

Defendant reserves the right to conduct a physical examination of plaintiff upon review of his medical records and/or completion of depositions.

**Defendants City of Holtville and Officers Forney and Ip**

Defendants reserve the right to conduct a physical examination of plaintiff upon

1    review of his medical records and/or completion of depositions.

2                                        SINGLETON & ASSOCIATES

3

4    DATED:    April 1, 2008    By:    s/Terry Singleton
                                        _____
5                                        Terry Singleton
                                        Horacio Barraza
6                                        Attorneys for Plaintiff

7

8                                        GIOVANNIELLO & MICHELS

9

10   DATED:    April 1, 2008    By:    s/Alex Giovanniello
                                        _____
11                                       Alex Giovanniello
                                        Attorneys for Defendant RENESTER
                                        VILLA, LLC dba THE VALLEY INN
12                                       n/k/a/ BLOSSOM VALLEY INN
                                        (erroneously sued and served as Blossom
13                                       Valley Inn)

14

15                                       McCORMICK & MITCHELL

16

17   DATED:    April 1, 2008    By:    s/Konrad M. Rasmussen
                                        _____
18                                       John P. McCormick
                                        Konrad M. Rasmussen
                                        Attorneys for Defendants
19                                       CITY OF HOLTVILLE, OFFICER
                                        BARRY FORNEY and OFFICER
                                        THOMAS IP

20

21

22

23

24

25

26

27

28