**Hogue v. City of Holtville, et al.**
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
CASE NO: 07 CV 2229 WQH (WMC)

**PROOF OF SERVICE**

I, Lucia Ruffin, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California, where the service occurs; and my business address is 8885 Rio San Diego Drive, Suite 212, San Diego, California 92108.

On April 1, 2008 I served the following document(s):

1. JOINT DISCOVERY PLAN

ON:

| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR BLOSSOM VALLEY INN |
|---|---|
| Robert Espinosa<br>L/O of Robert A Espinosa, APC<br>1041 State Street<br>El Centro, CA 92243<br>Tel: (760) 353-1410<br>Fax: (760) 353-1457<br><br>Terry Singleton<br>Singleton & Associates<br>1950 Fifth Avenue, Suite 200<br>San Diego, CA 92101<br>PHONE: 239-3225<br>FAX: 702-5592 | Erika J. Fernbach<br>Alex Giovanniello<br>Giovanniello & Michels<br>1470 S. Valley Vista Drive,<br>Suite 200<br>Diamond Bar, CA 91765<br>Tel: 909-396-1964 |

Service was effectuated electronically

AND

BY MAIL. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 1, 2008 at San Diego, California.

_____
Lucia Ruffin