UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. HOGUE, by and through his Guardian ad Litem CASSI DePAOLI, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF HOLTVILLE, a Public Entity, et al., <br><br> Defendants. | Case No. 07cv2229 WQH (WMc) <br><br> **FIRST AMENDED NOTICE AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Due to a conflict in the Court's own calendar, the Case Management Conference previously scheduled for April 21, 2008 is **CONTINUED** to **April 22, 2008** at **3:30 p.m.** in the chambers of the Honorable William McCurine, Jr., United States Magistrate Judge, 940 Front Street, Courtroom C, San Diego, California, 92101. **NO PARTIES NEED APPEAR**. The Case Management Conference shall be attended by attorneys only.

**IT IS SO ORDERED.**

DATED: April 3, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:

HONORABLE WILLIAM Q. HAYES, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD