# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. HOGUE, by and through his Guardian ad Litem CASSI DePAOLI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF HOLTVILLE, a Public Entity, et al.,<br><br>　　　　　Defendants. | Case No. 07cv2229 WQH (WMc)<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

　　The Court held a Case Management Conference on April 22, 2008. Horacio Barraza appeared for Plaintiff. Alexander Giovanniello appeared for Defendant Blossom Valley Inn. John McCormick appeared for Defendant City of Holtville.

　　After hearing from counsel of record, the Court issues the following orders:

　　1. A *telephonic* status conference regarding Tina Toten will be held on **May 6, 2008 at 9:00 a.m.** Only Attorney Giovanniello and Attorney Barraza need appear on the call**. Attorney Barraza** is ordered to contact Attorney Giovanniello on the day and at the time listed above and then initiate a JOINT call to the Court at (619) 557-6624.

　　2. The Court will hold a Settlement Conference on **June 23, 2008** at **9:30 a.m.** in the chambers of the Honorable William McCurine, Jr., United States Magistrate Judge, 940 Front Street, Courtroom C, San Diego, California, 92101. Counsel and parties with full settlement authority are ordered to appear. **Full authority to settle means that the individual present at the settlement conference has the unfettered discretion and authority to: 1) fully explore settlement options**

1  **and to agree at that time to any settlement options; 2) agree at that time to any settlement**
2  **terms acceptable to the parties; 3) change the settlement position of a party; and 4) negotiate**
3  **monetary awards without being restricted to a specific sum certain**.

5  **IT IS SO ORDERED.**
6  DATED: April 22, 2008

*/s/ W. McCurine Jr.*
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:

HONORABLE WILLIAM Q. HAYES, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD