1  **GIOVANNIELLO & MICHELS, LLP**
   Alexander F. Giovanniello (CSB# 125562)
2  1470 South Valley Vista Drive, Suite 200
   Diamond Bar, California, 91765
3  Ph: (909) 396-1964
   Fax (909) 396-0885
4
   Attorneys for DEFENDANT
5  RENESTER VILLA, LLC dba THE VALLEY INN
   n/k/a BLOSSOM VALLEY INN (erroneously sued and
6  served as Blossom Valley Inn)
7

8             UNITED STATES DISTRICT COURT
9            SOUTHERN DISTRICT OF CALIFORNIA
10

11 | WILLIAM A. HOGUE, by and through ) Case No.: 07 CV 2229 WQH (WMC)
   | his Guardian Ad Litem CASSI       )
12 | DePAOLI;                          ) STIPULATION TO DISMISS
                                         DEFENDANT TINA TOTEN
13
14              Plaintiff,
15     vs.
16 CITY OF HOLTVILLE, A Public
   Entity; OFFICER BARRY FORNEY,
17 an Individual; OFFICER THOMAS IP,
   an Individual; BLOSSOM VALLEY
18 INN, business form unknown, TINA
19 TOTEN, an Individual; NURSE DOE
   #21, an Individual; and DOES 1-100,
20 Inclusive,
21
22              Defendants.
23

24     IT IS HEREBY STIPULATED, BY AND BETWEEN THE PARTIES
25 HERETO, through their respective attorneys of record, in accordance with the
26 agreement of the parties as set forth below as follows:
27 ///
28 ///

i
STIPULATION TO DISMISS DEFENDANT TINA TOTEN
(07 CV 2229)

1. Plaintiffs WILLIAM A. HOGUE, by and through his Guardian Ad Litem, CASSI DePAOLI, and Defendant RENESTER VILLA, LLC dba THE VALLEY INN n/k/a BLOSSOM VALLEY INN (erroneously sued and served as Blossom Valley Inn) agrees to dismiss from Plaintiff's Complaint Defendant TINA TOTEN;

2. The parties agree that Defendant TINA TOTEN was an employee of Defendant RENESTER VILLA, LLC dba THE VALLEY INN n/k/a BLOSSOM VALLEY INN acting within the course and scope of her employment at all times relevant to the facts pled in the Complaint;

3. The parties agree that nothing in this Stipulation is an admission of Defendant RENESTER VILLA, LLC dba THE VALLEY INN n/k/a BLOSSOM VALLEY INN'S or of Defendant TINA TOTEN'S liability, causation, facts alleged, damages or ratification for any of the Causes of Action alleged by Plaintiff including but not limited to the Elder Neglect and Abuse Cause of Action or any such cause of action where ratification of the employee's acts or omissions is an element of the cause of the action;

IT IS SO STIPULATED:

SINGLETON & ASSOCIATES

DATED: 4-30-08       By: _____
                         Terry Singleton, Esq.
                         Horacio Barraza, Esq.
                         Attorneys for Plaintiff

L/O OF ROBERT A ESPINOSA

DATED:               By: _____
                         ROBERT A. ESPINOSA
                         Attorneys for Plaintiff

1. Plaintiffs WILLIAM A. HOGUE, by and through his Guardian Ad Litem, CASSI DePAOLI, and Defendant RENESTER VILLA, LLC dba THE VALLEY INN n/k/a BLOSSOM VALLEY INN (erroneously sued and served as Blossom Valley Inn) agrees to dismiss from Plaintiff's Complaint Defendant TINA TOTEN;

2. The parties agree that Defendant TINA TOTEN was an employee of Defendant RENESTER VILLA, LLC dba THE VALLEY INN n/k/a BLOSSOM VALLEY INN acting within the course and scope of her employment at all times relevant to the facts pled in the Complaint;

3. The parties agree that nothing in this Stipulation is an admission of Defendant RENESTER VILLA, LLC dba THE VALLEY INN n/k/a BLOSSOM VALLEY INN'S or of Defendant TINA TOTEN'S liability, causation, facts alleged, damages or ratification for any of the Causes of Action alleged by Plaintiff including but not limited to the Elder Neglect and Abuse Cause of Action or any such cause of action where ratification of the employee's acts or omissions is an element of the cause of the action;

IT IS SO STIPULATED.

**SINGLETON & ASSOCIATES**

DATED:            By: _____
                      Terry Singleton, Esq.
                      Horacio Barraza, Esq.
                      Attorneys for Plaintiff

**L/O OF ROBERT A ESPINOSA**

DATED: 4-30-08      By: _____
                      ROBERT A. ESPINOSA
                      Attorneys for Plaintiff

ii
STIPULATION TO DISMISS DEFENDANT TINA TOTEN
(07 CV 2229)

|   |   |
|---|---|
| 1 | **GIOVANNIELLO & MICHELS, LLP** |
| 2 |  |
| 3 | DATED:    By: _____ |
| 4 | Alexander F. Giovanniello |
| 5 | Erika J. Fernbach |
|   | Attorneys for DEFENDANT, |
| 6 | RENESTER VILLA, LLC dba THE |
| 7 | VALLEY INN n/k/a BLOSSOM |
|   | VALLEY INN (erroneously sued and |
| 8 | served as Blossom Valley Inn) |

iii
STIPULATION TO DISMISS DEFENDANT TINA TOTEN

(07 CV 2229)