# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. HOGUE, by and through his Guardian Ad Litem CASSI DePAOLI,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HOLTVILLE, et al.,<br><br>Defendants. | CASE NO. 07cv2229 WQH (WMc)<br><br>**ORDER** |

HAYES, Judge:

    The Joint Motion to Dismiss Defendant Tine Toten (Doc. # 31) is **GRANTED.** Tina Toten is **DISMISSED** from the above-captioned action.

DATED: May 5, 2008

                                        *William Q. Hayes*
                                        **WILLIAM Q. HAYES**
                                        United States District Judge