**GIOVANNIELLO & MICHELS, LLP**
Alexander F. Giovanniello (CSB# 125562)
Erika J. Fernbach (CSB # 227801)
1470 South Valley Vista Drive, Suite 200
Diamond Bar, California, 91765
Ph: (909) 396-1964
Fax (909) 396-0885

Attorneys for DEFENDANT
RENESTER VILLA, LLC dba THE VALLEY INN n/k/a BLOSSOM VALLEY INN (erroneously sued and served as Blossom Valley Inn)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. HOGUE, by and through his Guardian Ad Litem CASSI DePAOLI;<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HOLTVILLE, A Public Entity; OFFICER BARRY FORNEY, an Individual; OFFICER THOMAS IP, an Individual; BLOSSOM VALLEY INN, business form unknown, TINA TOTEN, an Individual; NURSE DOE #21, an Individual; and DOES 1-100, Inclusive,<br><br>Defendants. | Case No.: 07 CV 2229 WQH (WMC)<br><br>DEFENDANT RENESTER VILLA, LLC dba THE VALLEY INN n/k/a BLOSSOM VALLEY INN (erroneously sued and served as Blossom Valley Inn)'S DEMAND FOR JURY TRIAL |

Defendant RENESTER VILLA, LLC dba THE VALLEY INN n/k/a BLOSSOM VALLEY INN (erroneously sued and served as Blossom Valley Inn), hereby demands trial by jury in this action.

///

///

1

DEFENDANT RENESTER VILLA, LLC dba THE VALLEY INN n/k/a BLOSSOM VALLEY INN (erroneously sued and served as Blossom Valley Inn)'S DEMAND FOR JURY TRIAL

(07 CV 2229)

Date: May 13, 2008                    **GIOVANNIELLO & MICHELS, LLP**

                                      By:   /s/ Alexander F. Giovanniello
                                            Alexander F. Giovanniello
                                            Erika Fernbach
                                            Attorneys for DEFENDANT,
                                            RENESTER VILLA, LLC dba THE VALLEY INN n/k/a BLOSSOM VALLEY INN (erroneously sued and served as Blossom Valley Inn)

2

DEFENDANT RENESTER VILLA, LLC dba THE VALLEY INN n/k/a BLOSSOM VALLEY INN (erroneously sued and served as Blossom Valley Inn)'S DEMAND FOR JURY TRIAL

(07 CV 2229)