UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. HOGUE, by and through his Guardian ad Litem CASSI DePAOLI,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF HOLTVILLE, a Public Entity, et al.,<br><br>　　　　　　Defendants. | Case No. 07cv2229 WQH (WMc)<br><br>**ORDER VACATING JUNE 23, 2008, SETTLEMENT CONFERENCE** |

　　　A settlement conference was scheduled for June 23, 2008, in the above captioned case. Due to the unexpected unavailability of plaintiff's counsel, and for good cause shown, the settlement conference is **vacated**. The Court will issue a further order rescheduling the settlement conference. All other orders of the Court remain in full force and effect unless otherwise ordered by the Court.

　　　**IT IS SO ORDERED.**

DATED: June 20, 2008

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ W. McCurine Jr._
　　　　　　　　　　　　　　　　　　　　　　　　Hon. William McCurine, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

COPY TO:

HONORABLE WILLIAM Q. HAYES, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD