SINGLETON & ASSOCIATES
TERRY SINGLETON, ESQ., State Bar No. 58316
1950 Fifth Avenue, Suite 200
San Diego, California 92101
(619) 239-3225

Attorneys for PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. HOGUE, by and through his Guardian ad Litem CASSI DePAOLI,<br><br>　　　Plaintiff,<br><br>vs.<br><br>CITY OF HOLTVILLE, A Public Entity; OFFICER BARRY FORNEY, an Individual; OFFICE THOMAS IP, an Individual; BLOSSOM VALLEY INN, business form unknown, TINA TOTEN, an Individual; NURSE DOE #21, an Individual; and DOES 1 to 100, Inclusive.<br><br>　　　Defendant. | CIVIL NO. 07-CV-2229 WQH (WMC)<br><br>JOINT MOTION OF PARTIES TO CONTINUE THE DATE FOR DISCLOSURE OF THE IDENTITY OF THEIR RESPECTIVE EXPERTS BY ONE WEEK |

　　　Pursuant to stipulation, the parties hereby jointly move to continue the date for the disclosure of the identity of their respective experts by one week. Currently, the date for the disclosure of the parties respective experts is scheduled to take place on July 25, 2008. However, the parties are attempting to resolve the case prior to having to incur the expense associated with the designation and hereby jointly request a one week extension of time to

disclose their respective experts. The parties are requesting that the court continue the expert designation date until August 1, 2008. All other dates will remain in effect.

Dated: July 24, 2008                                            SINGLETON & ASSOCIATES

                                                  s/Horacio Barraza
                                            By: _____
                                                TERRY SINGLETON, ESQ.,
                                                HORACIO BARRAZA, ESQ.,
                                                Attorneys for Plaintiff,
                                                WILLIAM HOGUE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to all signatory counsel and that I have obtained authorization from counsel to affix their electronic signature to this document.

Dated: July 24, 2008                                            GIOVANNIELLO & MICHELS

                                                  s/Alexander Giovanniello
                                            By: _____
                                                ALEXANDER GIOVANNIELLO,
                                                Attorneys for Defendant,
                                                RENESTER VILLA, LLC dba THE
                                                VALLEY INN

1 | Dated: July 24, 2008

McMORMICK & MITCHELL

By:   s/Konrad Rasmussen
_____
KONRAD RASMUSSEN,
Attorneys for Defendant,
CITY OF HOLTVILLE, OFFICER
BARRY FORNEY and OFFICER
THOMAS IP

Hogue v. City of Holtville, et al.,          Case No. 07-CV-2229 WQH (WMC)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

      I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1950 Fifth Avenue, Suite 200, San Diego, CA 92101.

      On July 24, 2008, I served the following document(s) described as:
**JOINT MOTION OF PARTIES TO CONTINUE THE DATE FOR DISCLOSURE OF THE IDENTITY OF THEIR RESPECTIVE EXPERTS BY ONE WEEK**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

- ☐   **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

- ☐   **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier. [as indicated]

- ☒   **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (619) 702-5592. The name(s) and facsimile machine telephone numbers(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2008(e), a copy of that report is attached to this declaration.

- ☐   **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s)

- ☒   **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 24, 2008, at San Diego, California.

*/s/ Maria Qualls*
Maria Qualls

Hogue v. City of Holtville, et al.,                     Case No. 07-CV-2229 WQH (WMC)

## MAILING LIST

GIOVANNIELLO & MICHELS, LLP
Alexander F. Giovanniello, Esq.
1470 South Valley Vista Drive, Suite 200
Diamond Bar, CA  91765

Telephone:  (909) 396-1964              Fax (909) 396-0885

Attorneys for Defendant, RENESTER VILLA, LLC dba THE VALLEY INN nka BLOSSOM VALLEY INN (erroneously sued and served as Blossom Valley Inn)


John P. McCormick, Esq.
Konrad M. Rasmussen, Esq.
McCORMICK & MITCHELL
8885 Rio San Diego Drive, Suite 212
San Diego, CA 92108

Telephone: (619) 294-8444              Fax: (619) 294-8447

Attorneys for CITY OF HOLTVILLE and OFFICERS BARRY FORNEY and THOMAS IP