1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                        SOUTHERN DISTRICT OF CALIFORNIA

9

10  WILLIAM A. HOGUE, by and through his    )   Case No. 07cv2229 WQH (WMc)
    Guardian ad Litem CASSI DePAOLI,        )
11                                          )   **ORDER GRANTING JOINT MOTION**
                         Plaintiff,         )   **TO CONTINUE EXPERT**
12                                          )   **DISCLOSURE DATE [DOC. NO. 40.]**
    v.                                      )
13                                          )
    CITY OF HOLTVILLE, a Public Entity, et  )
14  al.,                                    )
                                            )
15                       Defendants.        )

16          The parties' have jointly requested a brief one week extension of time to disclose their

17  respective experts. [Doc. No. 40.]  Good cause appearing, the expert designation date is

18  **CONTINUED** to **August 1, 2008.**  The remainder of the Court's April 24, 2008 Scheduling Order

19  remains in full force and effect. [Doc. No. 29.]

20          **IT IS SO ORDERED.**

21  DATED: July 25, 2008

22                                          _____
23                                          Hon. William McCurine, Jr.
24                                          U.S. Magistrate Judge
                                            United States District Court
25  COPY TO:

26  HONORABLE WILLIAM Q. HAYES, U.S. DISTRICT JUDGE
    ALL PARTIES AND COUNSEL OF RECORD
27

28