1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. HOGUE, by and through his Guardian ad Litem CASSI DePAOLI, </br></br>    Plaintiff, </br></br>v. </br></br>CITY OF HOLTVILLE, a Public Entity, et al., </br></br>    Defendants. | Case No. 07cv2229 WQH (WMc) </br></br>**ORDER SETTING TELEPHONIC SETTLEMENT DISPOSITION CONFERENCE** |

The parties have notified the Court that the above-entitled case has settled. The Court will hold a *telephonic* Settlement Disposition Conference on **September 9, 2008 at 9:00 a.m.** **Attorney Horacio Barraza** is ordered to contact all opposing counsel and initiate a *joint* call to the Court on the day and at the time indicated above at (619) 557-6624.

**IT IS SO ORDERED.**

DATED: August 12, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:

HONORABLE WILLIAM Q. HAYES, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD