# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. HOGUE, by and through his Guardian ad Litem CASSI DePAOLI, <br><br> Plaintiff, <br> vs. <br> CITY OF HOLTVILLE, A Public Entity; et al., <br><br> Defendants. | CASE NO. 07cv2229 WQH (WMc) <br><br> **ORDER** |

HAYES, Judge:

    The Joint Motion to Dismiss (Doc. # 43) **GRANTED.** The above-captioned action is **DISMISSED with prejudice.** Each party shall bear its own attorney fees and costs.

DATED: September 10, 2008

                                                 **WILLIAM Q. HAYES**
                                                 United States District Judge